**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 186 EAL 2023

           Respondent              :

                                       :   Petition for Allowance of Appeal
                                       :   from the Order of the Superior Court

           v.                     :

                                       :

NATHANIEL GRAY,                   :

                                       :

               Petitioner              :

## ORDER

**PER CURIAM**

      **AND NOW**, this 14th day of November, 2023, the Petition for Allowance of Appeal is **DENIED**.